UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brandon Kyle Ozuna,<br><br>  Plaintiff,<br><br>  v.<br><br>Commissioner of Social Security,<br><br>  Defendant. | CASE NO.: 1:24-cv-00385-GSA<br><br>**ORDER TO COMPLETE<br>CONSENT/DECLINE FORM** |

The parties' forms of consent/decline to proceed before a magistrate judge are overdue per the scheduling order (Doc. 5-1). The parties directed to complete the form within 14 days.

IT IS SO ORDERED.

Dated:   **April 1, 2025**           /s/ Gary S. Austin
                          UNITED STATES MAGISTRATE JUDGE